**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

JOAQUIN MENDEZ HERNANDEZ     )
                                      )
     v.                              )     CV 416-331
                                      )
UNITED STATES OF AMERICA      )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the

opinion of the Court.    The Clerk is ordered to close this case.

So ORDERED, this ___ day of January, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA